VIRGINIA:

FILED
MAY - 4 2016

BEFORE THE VIRGINIA STATE BAR DISCIPLINARY BOARD

IN THE MATTER OF RICHARD MORRIS GUMMERE  VSB Docket No. 16-000-105640

RULE TO SHOW CAUSE
AND
ORDER OF SUMMARY SUSPENSION AND HEARING

It appearing to the Board that Richard Morris Gummere was licensed to practice law within the Commonwealth of Virginia on October 5, 1990, and,

It further appearing that Richard Morris Gummere has been disbarred from the practice of law in the State of Maryland, by order dated January 29, 2016.

It further appearing that such disciplinary action has become final.

It is ORDERED, pursuant to Rules of Court, Part Six, Section IV, Paragraph 13-24, that the license of Richard Morris Gummere to practice law within the Commonwealth of Virginia be, and the same is, hereby suspended effective April 27, 2016.

It is further ORDERED that Richard Morris Gummere appear before the Virginia State Bar Disciplinary Board at the General Assembly Building, House Room C, First Floor, 910 Capitol Street (corner of 9th & Broad), Richmond, VA 23219, at 9:00 a.m. on May 20, 2016, to show cause why the same discipline that was imposed in the other jurisdiction should not be imposed by the Board.

It is further ORDERED that Richard Morris Gummere shall forthwith give notice, by certified mail, of the suspension of his license to practice law in Virginia to all clients for whom he is currently handling matters and to all opposing attorneys and the presiding judges in pending litigation. The Attorney shall also make appropriate arrangements for the disposition of matters then in his care in conformity with the wishes of his clients. The Attorney shall give such notice within

fourteen (14) days of the effective date of the suspension order, and make such arrangements as are required herein within forty-five (45) days of the effective date of the suspension order. The Attorney shall also furnish proof to the bar within sixty (60) days of the effective date of the suspension order that such notices have been timely given and such arrangements for the disposition of matters made. Issues concerning the adequacy of the notice and arrangements required herein shall be determined by the Disciplinary Board, which may impose a sanction of revocation or suspension for failure to comply with the requirements of this subparagraph.

It is further ORDERED that a certified copy of the Order dated January 29, 2016 from the Court of Appeals of Maryland, Misc. Docket AG No. 42, September Term, 2015 be attached to this Rule to Show Cause and Order of Summary Suspension and Hearing and made a part hereof.

It is further ORDERED that an attested copy of this Rule to Show Cause and Order of Summary Suspension and Hearing, with attachments, shall be mailed to Richard Morris Gummere by certified mail at his address of record with the Virginia State Bar, P.O. Box 30, La Plata, MD 20646, and hand-delivered to Edward J. Dillon, Jr., Assistant Bar Counsel, Virginia State Bar, 1111 East Main Street, Suite 700, Richmond, Virginia 23219-0026.

ENTERED THIS 20th DAY OF APRIL, 2016

VIRGINIA STATE BAR DISCIPLINARY BOARD

**William H. Atwill**

Digitally signed by William H. Atwill
DN: cn=William H. Atwill, o=Virginia State Bar, ou=Disciplinary Board, email=batwill@atandlpc.com, c=US
Date: 2016.04.20 08:40:43 -04'00'

William H. Atwill, Jr., 1st Vice Chair

A COPY TESTE:

BARBARA SAYERS LANIER
CLERK OF THE DISCIPLINARY SYSTEM



# Court of Appeals
## of Maryland
### Robert C. Murphy Courts of Appeal Building
### 361 Rowe Boulevard
### Annapolis, Maryland 21401-1699

410-260-1500
1-800-926-2583

**Bessie M. Decker**
Clerk

Terry L. Ruffatto
Chief Deputy

Melissa Higdon
Carol A. Greenstein
Doneice Burnette
Kisha Taylor-Wallace
Deputies

Leslie Cockrell
Senior Recorder

Sandra Belt
Assistant Recorder



RECEIVED
FEB 4 2016
VSB CLERK'S OFFICE

## N O T I C E

January 29, 2016

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that by an Order of this Court dated January 29, 2016

**RICHARD MORRIS GUMMERE**

P.O. Box 30
La Plata, Maryland 20646

has been disbarred by consent, effective immediately, from the further practice of law in this State, and his name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 16-772(d)).

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the Court of Appeals of Maryland this twenty-ninth day of January, 2016.

/s/ Bessie M. Decker
Clerk
Court of Appeals of Maryland

TTY FOR DEAF: 410-260-1554

| | |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | IN THE COURT OF APPEALS OF MARYLAND |
| Petitioner | |
| v. | Misc Docket AG No 42 |
| | September Term, 2015 |
| RICHARD MORRIS GUMMERE | |
| Respondent. | |

## ORDER

This matter came before the Court on the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and Respondent, Richard Morris Gummere, pursuant to Maryland Rule 16-722, in which the Respondent admits that he violated Rule 4.1 and Rule 8.4(c) and (d) of the Maryland Lawyers' Rules of Professional Conduct. The Court, having considered the Petition and the record herein, it is this 29th day of January, 2016,

ORDERED, that Respondent, Richard Morris Gummere, be and he is hereby disbarred from the practice of law in the State of Maryland, and it is further

ORDERED, that the Clerk of this Court shall remove the name of Richard Morris Gummere from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d).

/s/ Lynne A. Battaglia
Senior Judge

STATE OF MARYLAND, ss:

      I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that the foregoing is a copy of the Joint Petition for Disbarment by Consent, in the case of <u>Attorney Grievance Commission of Maryland v. Richard Morris Gummere</u>, Misc. Docket AG No. 42, September Term, 2015, filed by the Attorney Grievance Commission of Maryland on deposit in the office of the Clerk of Court of Appeals of Maryland.

      IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the said Court of Appeals of Maryland, this 11th day of February, 2016.

*Bessie M. Decker*
Clerk
Court of Appeals of Maryland

| | |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION * <br> OF MARYLAND <br> * <br> Petitioner <br> * <br> v. <br> * <br> * <br> RICHARD MORRIS GUMMERE * <br> Respondent. * | **Filed** <br> IN THE     **JAN 28 2016** <br> COURT OF APPEALS Bessie M. Decker, Clerk <br> OF MARYLAND    Court of Appeals <br>                            of Maryland <br> Misc. Docket AG No. 42 <br> September Term, 2015 |

## JOINT PETITION FOR DISBARMENT BY CONSENT

The Attorney Grievance Commission of Maryland, Petitioner, by Glenn M. Grossman, Bar Counsel, and Lydia E. Lawless, Assistant Bar Counsel, its attorneys, and Richard Morris Gummere, Respondent, by Kurt Wolfgang, Esquire, his attorney, jointly petition this Honorable Court to disbar the Respondent and represent to the Court as follows:

1. Richard M. Gummere, Respondent, was admitted to the Bar of the Court of Appeals of Maryland on June 28, 1990.

2. On September 21, 2015, Petitioner filed a Petition for Disciplinary or Remedial Action alleging that the Respondent had violated specific sections of the Maryland Lawyers' Rules of Professional Conduct ("MLRPC") including Rule 4.1 (truthfulness in statements to others) and 8.4(c) and (d) (misconduct). Pursuant to Maryland Rule 16-752(a), the case was transmitted to the Circuit Court for Charles County to be heard and determined by the Honorable Hayward J. West. The Respondent was served on December 7, 2015.

3. Bar Counsel and Respondent, through counsel, have conferred on an appropriate disposition and have agreed that an appropriate disposition herein would be the Respondent's disbarment.

1

4. Respondent consents to disbarment by the Court of Appeals of Maryland, and such consent is freely and voluntarily rendered, pursuant to the provisions of Maryland Rule 16-772(b)(1), and is not given subject to coercion or duress.

5. Respondent submits his consent to disbarment with the knowledge that sufficient evidence would be produced at trial before Judge West to establish that he misrepresented to witnesses and his clients' co-defendants that he was an investigator. The Respondent agrees that he violated Rule 4.1 (truthfulness in statements to others) and Rule 8.4(c) and (d) (misconduct) of the Maryland Lawyers' Rules of Professional Conduct.

6. The Parties agree that the Respondent would produce evidence at trial to establish that he was diagnosed by the Department of Veterans Affairs with Post Traumatic Stress Disorder and that he retired from the practice of law in 2015. The Parties agree that the Respondent's disorder was not the root cause of the misconduct at issue.

7. Respondent is fully aware of the implications and effects of submitting his consent to disbarment.

8. Respondent agrees to comply with Maryland Rule 16-760.

9. Petitioner agrees to waive all costs associated with this matter.

WHEREFORE, the parties pray this Honorable Court:

A. Order the Respondent disbarred; and

B. Grant such other and further relief as the Court deems warranted.

2

/s/ Richard Morris Gummere
Respondent

/s/ Glenn M. Grossman
Bar Counsel

/s/ Kurt W. Wolfgang
Kurt W. Wolfgang, Esquire
Law Office of Kurt Wolfgang, Cht.
9375 Chesapeake Street
Suite 113
La Plata, MD 20646
(301) 934-6000
Kurt.Wolfgang@verizon.net
*Attorney for Respondent*

/s/ Lydia E. Lawless
Lydia E. Lawless
Assistant Bar Counsel
Attorney Grievance Commission
of Maryland
200 Harry S. Truman Parkway, Suite
Annapolis, MD 21401
(410)514-7051
lydia.lawless@agc.maryland.gov
*Attorneys for Petitioner*

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

/s/ Richard Morris Gummere

Jan 20, 2016
Date

3

STATE OF MARYLAND, ss:

      I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that the foregoing is a copy of the original Order disbarring by consent, in the case of <u>Attorney Grievance Commission of Maryland v. Richard Morris Gummere</u>, Misc. Docket AG No. 42, September Term, 2015 on deposit in the office of the Clerk of the Court of Appeals of Maryland.

      IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the said Court of Appeals of Maryland, this 11th day of February, 2016.

*Bessie M. Decker*
Clerk
Court of Appeals of Maryland